UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

RICKEY J. HARRIS, III,

    Plaintiff,

v.                                                                           Case No. 18-C-813

DAVID CLARKE, *et al.*,

    Defendants.

## ORDER ADOPTING REPORT AND RECOMMENDATION

*Pro se* Plaintiff Rickey Harris filed a complaint under 42 U.S.C. § 1983 alleging that he was strip searched in violation of the Fourth Amendment. On July 25, 2018, Magistrate Judge William E. Duffin screened Harris' complaint and filed a Report and Recommendation. ECF No. 9. The Magistrate Judge recommended that David Clarke be dismissed based on Harris' failure to state a claim against him. Harris has not filed an objection to this recommendation. After careful consideration of the Report and Recommendation, the Magistrate Judge's reasoning, as well as the record as a whole, the court adopts the Report and Recommendation of the Magistrate Judge.

**THEREFORE, IT IS HEREBY ORDERED** that David Clarke be dismissed as a defendant in this case. Harris is also reminded that he has until September 10, 2018, to identify the names of the John Doe deputies or explain to the court why he is unable to identify their names. Otherwise, the court may dismiss the case based on Harris' failure to diligently pursue it. *See* Civil L.R. 41(c).

Dated this  21st  day of August, 2018.

                                                    s/William C. Griesbach
                                                    William C. Griesbach, Chief Judge
                                                    United States District Court